**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-7191**

———————

SYLVESTER EMERSON WILLIAMS,

Plaintiff - Appellant,

versus

CLARENCE BENJAMIN, Captain, Lieber Correction-
al Institution; SHIRLEY J. TOMLIN, Lieutenant,
Lieber Correctional Institution,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   C. Weston Houck, Chief District
Judge.   (CA-93-2874-3-2BC)

———————

Submitted:  November 18, 1997      Decided:  December 11, 1997

———————

Before HAMILTON, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Sylvester Emerson Williams, Appellant Pro Se.  Robert Bunyan Lewis,
Amy L. Gaffney, LEWIS, REEVES & STONE, Columbia, South Carolina,
for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Defendants' motion to compel settlement and denying Appellant's motions for appointment of counsel, a swift and immediate restraining order, and disposition of all pending motions. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Williams v. Benjamin</u>, No. CA-93-2874-3-2BC (D.S.C. July 16, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>